IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

PATRICK KIMMEL                                                                                    PLAINTIFF

V.                                      NO: 4:16CV00483 JM/PSH

USA *et al*                                                                                       DEFENDANTS

## ORDER

In response to plaintiff Patrick Kimmel's request for information (Doc. No. 8), the Court notes it cannot offer legal advice, but directs the Clerk to send Kimmel a copy of the docket sheet for his review.

IT IS SO ORDERED this 12th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE