**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

PATRICK KIMMEL                                                                                           PLAINTIFF

V.                                         NO: 4:16CV00483 JM/PSH

USA *et al*                                                                                                   DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.  Plaintiff Patrick Kimmel's claims against defendant Jordan Crews are DISMISSED WITH PREJUDICE.

2.  Kimmel's claims against defendants USA, Faulkner County, Arkansas, Andy Shock, Matt Rice, Hoffman, Teel, Head, Saxton, Bishop, Lingo, Stubbe, Blankenship, Foreman, Bryant, Lewis, Wimberly, Bohm, Brian Williams, and Does, are DISMISSED WITHOUT PREJUDICE.

3.  Kimmel's motion to dismiss parties (Doc. No. 10) is DENIED AS MOOT.

DATED 21st day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE