**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

PATRICK KIMMEL                                                                        PLAINTIFF

V.                              NO: 4:16CV00483 JM/PSH

USA *et al*                                                          DEFENDANTS

**PROPOSED FINDINGS AND RECOMMENDATION**

**INSTRUCTIONS**

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

**DISPOSITION**

Plaintiff Patrick Kimmel filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on July 6, 2016.[1] On October 25, 2016, after mail sent to Kimmel at his address of record was returned as undeliverable, the Court entered an order directing Kimmel to file a notice of his current address within 30 days, and warned him that his failure to do so would result in the recommended dismissal of his complaint. Doc. No. 18. Because the Arkansas Department of Correction's public website indicated Kimmel might be housed at the department's Delta Regional Unit, the order was sent to

---

[1]Kimmel is one of five plaintiffs who were part of *McNamee v. USA et al*, 4:15CV000767. On July 6, 2016, Judge Moody entered an order severing the case into individual cases with a single plaintiff each. That order is docketed in this case as the first docket entry.

Kimmel at his address of record, as well as at the Delta Regional Unit.

More than 30 days have passed, and Kimmel has not updated his address or otherwise responded to the Court's order. Under these circumstances, the Court concludes that Kimmel's complaint should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (district courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Patrick Kimmel's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and failure to respond to the Court's order.

2. The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 30th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE